# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON ROBERT MICHAEL,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:15-0358** |
| **v.** | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Saporito issued in the above-captioned matter, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff's claims for disability insurance benefits and supplemental security income is **VACATED** and the matter is **REMANDED** for further proceedings in accordance with the report of Judge Saporito; and

**(4)** the Clerk of Court is directed to mark this action **CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 23, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0358-01-ORDER.wpd